UNITED STATES of America, Plaintiff–Appellee,

v.

Marcus Okeith GOYNES, Defendant–Appellant.

No. 15–40684
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 24, 2016.

Jay R. Combs, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Douglas C. Greene, Sr., Esq., Greene Law Firm, Arlington, TX, for Defendant–Appellant.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marcus Okeith Goynes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Goynes has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under